NHD.11491

# IN THE DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# McALLEN DIVISION

| | | |
|---|---|---|
| AARON CHRISTOPHER GARCIA | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| LUIS ENRIQUE CARRIZALEZ PINA | § | JURY DEMAND |

## DEFENDANT LUIS ENRIQUE CARRIZALEZ PINA'S
## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Luis Enrique Carrizalez Pina files this notice of removal under 28 U.S.C. §1446(a).

### A. INTRODUCTION

1. Plaintiff is Aaron Christopher Garcia. Defendant is Luis Enrique Carrizalez Pina.

2. On September 19, 2019, Plaintiff sued Defendant for negligence in the County Court at Law No. 8, Hidalgo County, Texas; Case No. CL-19-5037-H (the "lawsuit" or "suit").

3. Defendant Luis Enrique Carrizalez Pina received notice of this lawsuit on or about September 25, 2019. Defendant Luis Enrique Carrizalez Pina files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b)(1).

### B. BASIS FOR REMOVAL

4. Removal is proper because there is complete diversity between the parties, 28 U.S.C. §1332(a); *Johnson v. Columbia Props. Anchorage, LP,* 437 F.3d 894, 899-900 (9th Cir. 2006). Additionally, Defendant as reason to believe that the amount in controversy is more than $75,000.00, excluding interest and costs. 28 U.S.C. §1332(a); *Andrews v. E.I. du Pont de Nemours & Co.,* 447 F.3d 510, 514-15 (7th Cir. 2006). Defendant attaches as Exhibit A a copy of

the Plaintiff's demand for settlement, dated August 19, 2019, in which Plaintiff is demanding $230,000 for settlement of his claims.

5. Defendant Luis Enrique Carrizalez Pina is a citizen of Mexico.

6. Copies of all pleadings, process, orders, and other filings in the state court suit are attached to this notice as required by 28 U.S.C. §1446(a).

7. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

8. Defendant will promptly file a copy of this notice of removal with the clerk for the County Court at Law No. 8 of Hidalgo County where the suit has been pending.

### C. JURY DEMAND

9. Defendant demanded a jury in the state court suit.

### D. CONCLUSION

10. For these reasons, Luis Enrique Carrizalez Pina asks the Court to remove this suit to the U.S. District Court for the Southern District of Texas, McAllen Division, and for such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

**FEE, SMITH, SHARP & VITULLO, L.L.P.**

*/s/ Andres H. Gonzalez, Jr.*
**BRET A. SANDERS**
State Bar No. 24033152
**ANDRES H. GONZALEZ, JR.**
State Bar No. 24002156
5301 Southwest Parkway, Suite 460
Austin, Texas 78735
bsanders@feesmith.com
agonzalez@feesmith.com
Tel. (512) 479-8400
Fax. (512) 479-8402

**ATTORNEYS IN CHARGE FOR
LUIS ENRIQUE CARRIZALEZ PINA**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been e-mailed, telecopied or hand delivered to all attorneys of record in this cause of action on the 21st day of October, 2019 as follows:

Rojelio Garza
LAW OFFICES OF ROJELIO GARZA
4405 N. McColl Road
Mcallen, TX 78504
(956) 664-0009
(956) 664-2028 (Fax)
attorneyrgarza@yahoo.com

*/s/ Andres H. Gonzalez, Jr.*
**ANDRES H. GONZALEZ, JR.**



Law Offices of Rojelio Garza
4405 N McColl Road
McAllen Texas 78504
Phone # 956-664-0009
Fax # 956-664-2028
attorneyrgarza@yahoo.com

August 12, 2019

ANA RODRIGUEZ
NEW HORIZON INSURANCE
1137 KEY ST
HOUSTON, TX 77009

RE:  MY CLIENT       : AARON CHRISTOPHER GARCIA
     YOUR INSURED    : MARCO ANTONIO M. DIAZ
     DATE/ACCIDENT   : MARCH 05, 2019
     CLAIM NUMBER    : 100293

Dear Ms. Rodriguez:

Please be advised that I am prepared to make a settlement demand in reference to the above named client. Please make note of the total medical expenses that the client has incurred due to the accident. Mr. Aaron Christopher Garcia's total medicals are $ 57,270.80. I am requesting that $ 230,000.00 be paid as full and final settlement.

Included in my demand are claims for past and future medical expenses, past and future physical pain and suffering, past and future mental anguish, future impairment, past loss of earnings and potential future lost earnings, loss of household services and any other general relief that my client may be entitled to receive.

I will allow ten (10) days from the date of receipt of this letter so that you may respond to my settlement demand. If there is no response within the stated time, I shall have no choice but to file a lawsuit on this matter.

Should you require additional information, or have any questions regarding this matter, please do not hesitate to contact me.

Sincerely,
LAW OFFICES OF ROJELIO GARZA

*Rojelio Garza*

Rojelio Garza

File #19-8899

```
********************************************************************************
AARON CHRISTOPHER GARCIA                                               19-8899
800 CAROLINA AVE
MISSION, TX 78572                                                     08-09-19
********************************************************************************
```

## MEDICAL EXPENSES

| PHYSICIANS/MEDICAL FACILITIES | AMOUNT |
|---|---|
| KHIT CHIROPRACTIC (mission) | $6,175.00 |
| INSIGHT DIAGNOSTIC & IMAGING | $630.00 |
| PHYSICIANS INJURY CLINIC | $735.00 |
| OPEN MRI OF MCALLEN(mri's) | $9,600.00 |
| 911 PAIN MANAGEMENT(Dr. Yixiang Liu MD PHD) | $39,080.00 |
| THE DYNAMIC JOINT & SPINE INSTITUTE(Dr. Frank Schroeder) | $850.00 |

**PRESCRIPTION**

| | |
|---|---|
| MCALLEN PHARMACY | $200.80 |
| **TOTAL EXPENSES:** | **$57,270.80** |

*EXHIBIT "A"*