United States District Court
Southern District Of Texas
FILED

JUN 05 2020

David J. Bradley, Clerk

United States District Court
Southern District of Texas
**ENTERED**
June 05, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| **AARON CHRISTOPHER GARCIA,** § | |
| § | |
| Plaintiff, § | **CIVIL ACTION NO. 7:19-CV-00366** |
| VS. § | |
| § | |
| **LUIS ENRIQUE CARRIZALEZ PINA,** § | |
| § | |
| Defendant. § | |

## ORDER

Upon consideration of the parties' Stipulation of Dismissal, (Dkt. No. 13), and the record in the above-captioned action, the undersigned finds that the requirements for voluntary dismissal without a court order set forth in Federal Rule of Civil Procedure 41(a)(1)(A)(ii) have been satisfied. Specifically, this is not a class or derivative action, a receiver has not been appointed, no federal statute prevents voluntary dismissal, and the instant motion is signed by the attorney-in-charge for all parties that have appeared. (Dkt. No. 13 at 1-2); *see* F. R. Civ. P. 41(a)(1)(A)(ii).

Because voluntary dismissals without a court order "require no judicial action or approval and are effective automatically upon filing," Plaintiff voluntarily dismissed this action *with prejudice* when he filed the instant stipulation. *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013); *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir.2010) ("[A] district court's jurisdiction over a case that is settled and voluntarily dismissed by stipulation cannot extend past the filing date absent an express contingency or extension of jurisdiction . . . .")

Accordingly, it is **ORDERED** that the Clerk of Court close this case.

The Clerk of this Court shall forward a copy of this document to the parties by any receipted means.

**DONE** this 5th day of June, 2020, at McAllen, Texas.

_____
J. SCOTT HACKER
United States Magistrate Judge